766

## Commonwealth v. Byers et al., Appellants.

Submitted April 11, 1973. *Richard E. Davis* and *Albert D. Massi,* Assistant Public Defenders, for appellants; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth, Appellant, v. Cantella.

Argued April 9, 1973. *R. H. Buchman,* with him *Thomas E. Rodgers* and *Lawrence G. Zurawsky,* for Commonwealth, appellant; *Dante G. Bertani,* Public Defender, for appellee.

Order affirmed.

## Commonwealth v. Crawshaw, Appellant.

Argued April 9, 1973. *Stephen P. Swem,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.